656 A.2d 436

JANIS G. SCHULMEISTERS, PLAINTIFF–APPELLANT,
v. VIZBULITE I. SCHULMEISTERS, DEFENDANT–
RESPONDENT.

Superior Court of New Jersey
Appellate Division

Argued January 31, 1994—Decided March 11, 1994.

Before Judges LEVY and BILDER.

*Janis G. Schulmeisters, pro se* argued the cause for appellant.

*Lisa M. DeGenova* argued the cause for respondent (*Jeffrey F. Dragon & Associates, P.A.,* attorneys).

PER CURIAM.

Appellant has advised the court that this appeal has been withdrawn. Accordingly, the appeal is dismissed with prejudice and without costs.